STATE OF NEW JERSEY v. JOSEPH BRAVACO.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY COLLINS, *ET AL.*

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT FERRO.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS ELWELL.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. EDGAR RICE.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY KALWICZ.

September 23, 1976. Petition for certification denied.